**DISMISS and Opinion Filed December 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00912-CV

**LISA BATIE, Appellant**
**V.**
**AMERICAN EXPRESS BANK, FSB, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06495-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated August 13, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated August 13, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated October 10, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten

days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


180912F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LISA BATIE, Appellant

No. 05-18-00912-CV     V.

AMERICAN EXPRESS BANK, FSB, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-17-06495-D.
Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee AMERICAN EXPRESS BANK, FSB recover its costs of this appeal from appellant LISA BATIE.

Judgment entered December 18, 2018.